IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>        Plaintiff, )<br>  )<br>v. )<br>  )<br>Jesus Javier Ramos-Soto, )<br>        Defendant. )<br>  ) | No. CR 06-00340-TUC-FRZ (BPV)<br><br>**ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona, for hearing and report and recommendation on Defendant's Motion to Suppress Evidence and Motion to Dismiss re: Lost Evidence..

Magistrate Judge Bernardo P. Velasco conducted a hearing on September 8, 2006 and issued his Report and Recommendation on September 11, 2006, recommending that the Court, after it's independent review and consideration, enter an order denying Defendant's motion to suppress and motion to dismiss.

Defendant filed objections to the Magistrate Judge's Report and Recommendation, to which the Government filed its response in opposition. Defendant filed a motion to strike the Government's response as untimely.

The Court, having made an independent de novo review of the record herein, orders as follows:

    **IT IS ORDERED** that Magistrate Judge Velasco's Report and Recommendation [Doc. # 59] is **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

    **IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence [Doc. #9] is **DENIED;**

    **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [Doc. # 44] is **DENIED**;

    **IT IS FURTHER ORDERED** that Defendant's Motion for Hearing [Doc. # 34] and Motion to Strike [Doc. # 73] are **DENIED** as moot.

    DATED this 24th day of October, 2006.

FRANK R. ZAPATA
United States District Judge